# EXHIBIT # 9

11 Aug 2016

From: Director, Facilities and Engineering Department, Bangor, Naval Facilities Engineering Command, Northwest (NAVFAC NW)
To: Ms. Nora Williams

Subj: OFFICIAL ADMINISTRATIVE INVESTIGATION

1. At the direction of the Commanding Officer, NAVFAC NW has contracted with Samuel A. Vitaro, to do an administrative investigation into allegations of possible misconduct by you, to include the following:

    a. Recording conversations in the workplace via a video/audio recording device.

    b. Making the statement to co-workers regarding "second amendment solutions" and other comments concerning her concealed carry firearms permit and her concerns that she cannot bring a firearm to work.

    c. Discussing issues such as Reasonable Accommodation, Equal Employment Opportunity cases, and conflicts with management with coworkers to the extent it has been disruptive.

2. Mr. Vitaro is a federal sector arbitrator and former federal Administrative Judge who has done considerable fact-finding for federal government agencies.

3. Mr. Vitaro will be interviewing witnesses, including yourself. The interviews will be tape recorded. Following his interviews and the collection of documents, he will provide me with a report of investigation, with findings and recommendations concerning the allegations.

4. Mr. Vitaro will, to the extent possible, maintain any information that you provide as confidential. Other individuals will only be informed about any information you provide on a need to know basis. Please note that this is an official administrative investigation and, as a federal employee, you are obligated to cooperate, to include giving candid and accurate responses during the interview and providing information for inclusion in the Report of Investigation.

5. Mr. Vitaro will be at the agency conducting interviews during the week of 15 August 2016. Your interview has been scheduled for Wednesday, 17 August at 1000 in the Mt. Hood conference room located on the first floor of Building 1101, Bangor. Your interview will be scheduled for two hours, with any necessary additional time for the interview scheduled at the conclusion of the initial interview.

Subj: OFFICIAL ADMINISTRATIVE INVESTIGATION

6. If you have any questions about this process, please contact Laura Foss at (360) 315-2587 or Meranda Jackson at (360) 315-3007. Thank you in advance for your cooperation.

W. R. PITCAIRN IV

11 Aug 2016

From: Director, Facilities and Engineering Department, Bangor, Naval Facilities Engineering Command, Northwest (NAVFAC NW)
To: Mr. George Karl

Subj: OFFICIAL ADMINISTRATIVE INVESTIGATION

1. At the direction of the Commanding Officer, NAVFAC NW has contracted with Samuel A. Vitaro, to do an administrative investigation into allegations of possible misconduct by you, to include the following:

    a. Engaging in disrespectful communications to management and co-workers both verbally and via email.

    b. Engaging in patterns of inappropriate conduct towards management and co-workers, e.g., rude comments, refusing to acknowledge or reply to greetings, staring or glaring at them, laughing as they walk by, recording them when they walk by, and having a video/audio recording device at your desk.

    c. Providing false information concerning agency actions to the District Court of Washington for Kitsap County in a sworn Petition for an Order for Protection filed against a NAVFAC Northwest co-worker.

2. Mr. Vitaro is a federal sector arbitrator and former federal Administrative Judge who has done considerable fact-finding for federal government agencies.

3. Mr. Vitaro will be interviewing witnesses, including yourself. The interviews will be tape recorded. Following his interviews and the collection of documents, he will provide me with a report of investigation, with findings and recommendations concerning the allegations.

4. Mr. Vitaro will, to the extent possible, maintain any information that you provide as confidential. Other individuals will only be informed about any information you provide on a need to know basis. Please note that this is an official administrative investigation and, as a federal employee, you are obligated to cooperate, to include giving candid and accurate responses during the interview and providing information for inclusion in the Report of Investigation.

5. Mr. Vitaro will be at the agency conducting interviews during the week of 15 August 2016. Your interview has been scheduled for Wednesday, 17 August at 0800 in the Mt. Hood conference room located on the first floor of Building 1101, Bangor. Your interview will be scheduled for two hours, with any necessary additional time for the interview scheduled at the conclusion of the initial interview.

Subj: OFFICIAL ADMINISTRATIVE INVESTIGATION

6. If you have any questions about this process, please contact Laura Foss at (360) 315 -2587 or Meranda Jackson at (360) 315-3007. Thank you in advance for your cooperation.

W. R. PITCAIRN IV

2