# EXHIBIT # 13

**From:** Pitcairn, William R IV LCDR NAVFAC NW, PRB3, PRB3 <william.pitcairn@navy.mil>
**To:** Nora Williams <sequimbreeze@aol.com>
**Cc:** Jackson, Meranda L CIV NAVFAC NW, BD3, BD3 <meranda.jackson@navy.mil>; Peck, David C CIV NAVFAC NW, 09C, 09C <david.c.peck@navy.mil>
**Subject:** Results from investigation
**Date:** Fri, Feb 10, 2017 3:35 pm
**Attachments:** LOC Williams.pdf (911K), smime.p7s (8K)

---

Ms. Williams,
Please read the attached and acknowledge receipt. It provides the results of the investigation that was conducted by Mr. Sam Vitaro between August to October 2016.

V/r,
Ross Pitcairn
LCDR, CEC, USN

FEAD Director - Bangor
Public Works Department, Naval Base Kitsap
(Comm) 360.396.6677
William.pitcairn@navy.mil

10 Feb 17

From: PWD Kitsap FEAD Director Bangor, Naval Facilities Engineering Command Northwest
To: Nora Williams, Contract Specialist, GS-1102-12, PWD Kitsap, Naval Facilities Engineering Command Northwest

Subj: FOLLOW UP CONCERNING RESULT OF INVESTIGATION

Ref: (a) Administrative Investigation into Allegations of Inappropriate Conduct, appointed 12 Aug 16
(b) Negotiated Agreement btwn NAVFAC NW & IAM&AW Non Professional Unit, District 160, Local Lodge 282 of 13 Mar 13

Encl: (1) Letter of Caution dtd 1 Dec 16

1. This memorandum is to inform you that reference (a), the administrative investigation appointed by the Naval Facilities Engineering Command, Northwest, Commanding Officer on 12 August 2016, has been completed as of 26 October 2016. You were named as a subject of the investigation and per article 19, section 1903, of reference (b), when a Bargaining Unit Employee has been advised that he/she is a potential subject of discipline or adverse action, and, upon investigation, management has determined that no such action is warranted, management will normally advise the employee of that determination as soon as practicable.

2. It was my intent to address this matter with you in-person, but I have been unable to do so because you have been out absent from work since 20 October 2016 on sick leave and leave requested under the Family Medical Leave Act (FMLA). You were expected to return to work on 3 January 2017; but have not done so, and it is unclear if you will be able to return to work in the near future. Therefore, I am informing you via this memorandum that after reviewing reference (a) I have determined that disciplinary or adverse action is not warranted. However, I am issuing you a letter of caution concerning your workplace conduct. The basis for the letter of caution is outlined in enclosure (1).

William R. Pitcairn IV

WILLIAM R. PITCAIRN IV
LCDR, CEC, USN

Copy To:
HRO, LER

01 Dec 16

From: PWD Kitsap FEAD Director Bangor, Naval Facilities Engineering Command Northwest
To: Nora Williams, Contract Specialist, GS-1102-12, PWD Kitsap, Naval Facilities Engineering Command Northwest

Subj: LETTER OF CAUTION

Ref : (a) Negotiated Agreement btwn NAVFAC NW & IAM&AW Professional Unit, District 160, Local 282 of 13 Mar 13

1. This letter is to inform you of your disruptive and inappropriate behavior in the workplace. As you know, in August 2016, an Administrative Investigation was conducted into the following allegations concerning your workplace conduct:

   a. That you have recorded conversations in the workplace via a video/audio recording device.

   b. That you have made statements to co-workers regarding "second amendment solutions" and other comments concerning your concealed carry firearms permit and your concerns that you cannot bring a firearm to work.

   c. That you have discussed personal issues such as Reasonable Accommodation, Equal Employment Opportunity cases and conflicts with management with coworkers to the extent it has been disruptive.

2. The Administrative Investigation was completed on 26 October 2016. It revealed that:

   a. You admitted to multiple employees that you were wearing a body camera in the workplace in the July 2016 timeframe. You stated that you never turned the camera on but used it for a deterrent.

   b. You made statements to co-workers in the workplace to the effect that you have a concealed weapons permit and if you could, you would carry a weapon in the workplace.

   c. You have repeatedly discussed personal matters in the office in a manner that has been considerably disruptive to include your reasonable accommodation, spreading gossip and rumors about your supervisor and co-workers that you are having issues with, and complaining about management as a whole.

3. I have reviewed the investigative report and concur with the findings. I conclude that the inappropriate conduct described above has disrupted the workplace and had an adverse effect on the work environment. Accordingly, you are hereby put on notice that making statements about guns being brought into the workplace and wearing or

Subj: LETTER OF CAUTION

bringing a video/audio recording device in the workplace to record conversation, or to use as a deterrent, is disruptive and causes a chilling effect to the workplace. Also, discussing personal matters to include conflicts that you have with co-workers and management is disruptive and unwelcome. The statements and behaviors that you have demonstrated have the potential to cause your co-workers concern or otherwise disrupt the workplace. Please refer to enclosure (1), the Naval Facilities Engineering Command, Northwest Code of Conduct for expected behavior in the workspace.

4. I hereby, put you on notice the behaviors identified above are disruptive and inappropriate and will not be tolerated. If further infractions of these types of behavior continue it could lead to more severe corrective action.

5. This letter of caution will not be made a matter of record in your Official Personnel Folder, but will be retained by the Agency. Although it will not be counted as a prior offense when determining a remedy for any future offense under the Guideline Schedule of Disciplinary Offenses and Recommended Remedies, it may be counted as a factor in determining the appropriate remedy for a first, second, or third offense from a range of possible remedies.

6. This letter is not grievable per Article 20, of reference (a), nor appealable to the Merit Systems Protection Board under 5 CFR 752.301 or 752.401.

7. I would also like to inform you of the Department of the Navy Civilian Employees Assistance Program (DONCEAP). This program is offered to civilians and it provides confidential counseling and referral services on a voluntary basis to employees. If you are interested in contacting DONCEAP they can be reached at 1-844-366-2327 (1-888-262-7848 TTY), or visit their website at **www.DONCEAP.foh.hhs.gov**.

William R. Pitcairn

WILLIAM R. PITCAIRN IV
LCDR, CEC, USN

Copy to:
HRO

Acknowledgement of receipt:

Name Date



# CODE OF CONDUCT

**Guidance to NAVFAC Northwest (NW) personnel on acceptable interpersonal behaviors, communicating the command's expectations for professional conduct in the workplace and promoting a culture of respect through:**

### Customer Service

*[illegible]*

*Respond to requests for assistance and other inquiries in a timely manner*

*Provide helpful advice along with other options*

### Courtesy

*[illegible]*

*[illegible]*

*[illegible]*

*[illegible]*

*[illegible]*

### Ethics

*[illegible]*

*[illegible]*

*[illegible]*

### Teamwork

*[illegible]*

*[illegible]*

*[illegible]*

*[illegible]*

### Responsibility

*[illegible]*

*[illegible]*

### Professionalism

*[illegible]*

*[illegible]*

*[illegible]*

### Communication

*[illegible]*

*[illegible]*

Commanding Officer, NAVFAC NORTHWEST

Enclosure (1)