Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORA WILLIAMS,<br><br>           Plaintiff,<br><br>    v.<br><br>RICHARD V. SPENCER, Secretary of the Navy,<br><br>           Defendant. | NO.  C16-5945 BHS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR COSTS |

Upon consideration of Defendant's Motion for Costs and Bill of Costs in support of Motion for Costs, as well as Plaintiff's Opposition, if any, and Defendant's Reply, if any,

IT IS HEREBY ORDERED that the Motion is GRANTED.

It is further ORDERED that costs in the amount of $3,020.23 be awarded in favor of Defendant and against Plaintiff.

Dated this ___ day of ____, 2018.

                                                                                             _____<br>
                                                                             BENJAMIN H. SETTLE<br>
                                                                             United States District Judge

[PROPOSED] ORDER - 1
C16-5945 BHS

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | ANNETTE L. HAYES |
| | United States Attorney |
| 4 | |
| 5 | */s/ Patricia D. Gugin* |
| | PATRICIA D. GUGIN, WSBA #43458 |
| 6 | Assistant United States Attorney |
| 7 | United States Attorney's Office |
| | 1201 Pacific Avenue, Suite 700 |
| 8 | Tacoma, WA 98402 |
| 9 | Phone: 253-428-3832 |
| | E-mail: pat.gugin@usdoj.gov |
| 10 | |

[PROPOSED] ORDER - 2
C16-5945 BHS

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800