**Nora Williams v Richard V. Spencer**
**(No. C16-5645 BHS)**

## COURT REPORTER FEES

|  | **Witness and Date** | **Cost** |
|---|---|---|
| **Discovery Deposition Transcripts** (*See* 28 U.S.C. § 1920(2)) | David Herriott 4/25/2018 | $110.50 |
|  | Meranda Jackson 4/26/2018 | $237.25 |
|  | Charles Monie 4/26/2018 | $172.25 |
|  | Christopher Murphy 4/25/2018 | $120.25 |
|  | E-Transcript & PDF  Delivery on 5/16/2018 | $100.00 |
|  | Exhibits  Delivery on 5/16/2018 | 214.00 |
|  | Nora Williams 4/9/18 | 2,065.98 |
|  | **TOTAL** | $3,020.23 |